UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA JEAN FITZGERALD,

    Plaintiff,

v.                                  Case No: 2:13-cv-24-FtM-29CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #17), filed on March 6, 2014, recommending that the Decision of the Commissioner be affirmed. Plaintiff filed an Objection to the Report and Recommendation (Doc. #18) on March 20, 2014.

    The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004)(citing Lewis v. Callahan, 125 F.3d 1436, 1439 (11th Cir. 1997)). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005)(citing Crawford, 363 F.3d at 1158-59). Even if the evidence preponderates against the Commissioner's findings, the Court must

affirm if the decision reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59 (citing Martin v. Sullivan, 894 F.2d 1520, 1529 (11th Cir. 1990)). The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. Moore, 405 F.3d at 1211 (citing Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983)); Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005)(citing Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004)). The Court reviews the Commissioner's conclusions of law under a *de novo* standard of review. Ingram v. Comm'r of SSA, 496 F.3d 1253, 1260 (11th Cir. 2007)(citing Martin, 894 F.2d at 1529).

Plaintiff objects to the Report and Recommendation, asserting that the Magistrate Judge incorrectly concluded that the Administrative Law Judge (ALJ) (1) properly applied the treating physician rule, (2) properly evaluated claimant's credibility, and (3) adequately considered claimant's obesity. After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation.

The ALJ gave "no weight" to the opinion of oncologist Dr. Eric Lubiner because his opinion "is not supported by his own and other medical treatment notes or the objective medical evidence outlined above. Nowhere in the treatment notes are the foregoing limitations expressed but for the above opinion [of Dr. Lubiner]."

(Tr. 25-26). The Report and Recommendation demonstrates that the ALJ's reason is supported by substantial evidence in the record and is in compliance with the appropriate legal standard. (Doc. #17, pp. 7-16.) Plaintiff's objection to the Report and Recommendation on this ground is overruled.

The ALJ discounted plaintiff's credibility as to her subjective complaints of disabling symptoms. As the Report and Recommendation establishes, the ALJ utilized the correct legal standard and his findings are supported by substantial evidence in administrative record. (Doc. #17, pp. 16-22.) Plaintiff's objection to the Report and Recommendation on this ground is overruled.

Plaintiff also asserts that the ALJ erred by not considering her obesity as a severe impairment and not considering obesity in the residual functional capacity analysis. The record supports the Magistrate Judge's finding that plaintiff never asserted obesity as a severe impairment or an impairment impacting her residual functional capacity, even at the administrative hearing when she was represented by counsel. Plaintiff's objection to the Report and Recommendation on this ground is overruled. After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #17) is **accepted and adopted** by the Court.

2. Plaintiff's Objection (Doc. #18) is **OVERRULED**.

3. The Decision of the Commissioner of Social Security is **affirmed**.

4. The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of March, 2014.

*/s/ John E. Steele*
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
U.S. Magistrate Judge

Counsel of Record